No. 73–7025.  JOHNSON v. HUNT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–7030.  POLK v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 73–7035.  THOMPSON v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 73–7038.  CHRISTOFORA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 73–7041.  CRONIN v. WILSON, GOVERNOR OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–7042.  PARKER v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 73–7046.  WIENER v. CHANCE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–7047.  PAGEL v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 73–7060.  HERNON v. REVERE COPPER & BRASS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 73–7063.  SHIFLETT v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 73–7064.  GRANT v. GRANT.  Ct. Civ. App. Ala. Certiorari denied.

No. 73–7070.  WHITE v. EYMAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.